**Dismissed and Opinion Filed September 14, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00852-CV

**BEST CAPITAL SERVICES, LLC, AS AGENT FOR JAMES R. ROSS, TRUSTEE FOR THE BREAD OF LIFE CHURCH OF GOD IN CHRIST, Appellant**

**V.**

**DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENDENT SCHOOL DISTRICT, AND CITY OF DALLAS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-20-00806**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness//
230852f.p05
ROBBIE PARTIDA-KIPNESS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BEST CAPITAL SERVICES, LLC, AS AGENT FOR JAMES R. ROSS, TRUSTEE FOR THE BREAD OF LIFE CHURCH OF GOD IN CHRIST, Appellant

No. 05-23-00852-CV        V.

DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENENT SCHOOL DISTRICT, AND CITY OF DALLAS, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. TX-20-00806. Opinion delivered by Justice Partida-Kipness. Justices Reichek and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DALLAS COUNTY, PARKLAND HOSPITAL DISTRICT, DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, DALLAS INDEPENENT SCHOOL DISTRICT, AND CITY OF DALLAS recover their costs of this appeal from appellant BEST CAPITAL SERVICES, LLC, AS AGENT FOR JAMES R. ROSS, TRUSTEE FOR THE BREAD OF LIFE CHURCH OF GOD IN CHRIST.

Judgment entered this 14th day of September, 2023.